May 13, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniels, Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

> Re: Suzanna Eckchum v. The State of Texas for the Protection of Hal Ketchum
> Trial Court Cause NoC2014-1690C
> Appeal Court Cause No. 03-15-00107-CV

Mr. Kyle:

I am the official court reporter charged with the responsibility of preparing the Reporter's Record in the above-styled and numbered cause for filing in the Court of Appeals. I will be unable to file the Reporter's Record within the time allotted by the Rules due to being in a murder trial and providing the attorneys in that trial with daily copies and therefore I am requesting an extension of time until June 13, 2015. Please advise should further action be required on my part. Thank you for your attention to this matter.

> Sincerely,
>
> Dana Dance
> Official Court Reporter
> Comal County at Law #2
> 150 N. Seguin Ave., Ste 301
> New Braunfels, Texas 78130
> (830) 624-9506

Cc: Ms. Mysha Lubke via Fax